No. 85–5176.   BURTON *v.* DELANIE ET AL.   C. A. 8th Cir. Certiorari denied.

No. 85–5178.   HODGES *v.* CITY OF ANN ARBOR, MICHIGAN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 85–5179.   KALTENBACH *v.* ACADIAN METROPOLITAN CODE AUTHORITY.   Sup. Ct. La.   Certiorari denied.

No. 85–5181.   YOUNG *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 85–5183.   FORD *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 2d Cir.   Certiorari denied.

No. 85–5184.   MARIN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 85–5187.   THOMAS *v.* YLST, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 85–5188.   IDLEBIRD *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–5191.   MERCER *v.* LUTHER, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5192.   MARTINEZ-TORRES ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.

No. 85–5194.   CEDAR *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5197.   BILLINGS *v.* SMITH.   C. A. 6th Cir.   Certiorari denied.

No. 85–5198.   LYLES *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 85–5199.   WILSON *v.* ROCKEFELLER.   C. A. D. C. Cir. Certiorari denied.